Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
*December 14, 2023*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **4:23-mj-2084** |
| | § | |
| v. | § | Criminal No. |
| | § | |
| ARTHUR HECTOR FERNANDEZ III | § | UNDER SEAL |

## MOTION TO SEAL CRIMINAL COMPLAINT AND ARREST WARRANT

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its United States Attorney and Assistant United States Attorney assigned to this matter, and respectfully moves this Honorable Court to seal the Criminal Complaint and Arrest Warrant and further moves that this Motion and Order also be SEALED.

FURTHER, that the Criminal Complaint and Arrest Warrant be unsealed upon the arrest of the defendant.

Respectfully submitted,
ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*s/ Kimberly Ann Leo*
Kimberly Ann Leo
Assistant United States Attorney