**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States District Court
Southern District of Texas
**ENTERED**
December 18, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | 4:23-mj-2084 |
| v. | § § | Criminal No. |
| ARTHUR HECTOR FERNANDEZ III | § § | UNDER SEAL |

## ORDER

HAVING CONSIDERED the Government's Motion to Seal the Criminal Complaint and Arrest Warrant, and finding it to be meritorious, it is hereby

ORDERED that the Criminal Complaint and Arrest Warrants and this Motion and Order be sealed until the arrest of the defendant or by order of the Court.

Signed at Houston, Texas this the 14th day of December 2023.

_____
Sam S. Sheldon
United States Magistrate Judge